FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>BECHTEL NATIONAL INC. and MISSION SUPPORT ALLIANCE LLC,<br><br>                Defendants. | No.   4:18-CV-05159-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' Stipulated Motion to File Stipulated Protective Order Regarding Confidential Information, **ECF No. 13**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Confidential Information, **ECF No. 13-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge